**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRUCE ROBERT MONTAGUE, ) | No. CV 13-9139-GHK(CW) |
| ) | |
| Plaintiff, ) | ORDER ACCEPTING REPORT AND |
| ) | AND RECOMMENDATION OF |
| v. ) | UNITED STATES |
| ) | MAGISTRATE JUDGE |
| SHERIFF LEE BACA, et al., ) | |
| ) | |
| Defendants. ) | |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action and the Report and Recommendation of the United States Magistrate Judge.  No written objections to the Report and Recommendation have been received.  The Court accepts the findings and recommendation of the Magistrate Judge.

    **IT IS THEREFORE ORDERED** that judgment be entered dismissing the action, without prejudice, for failure to prosecute and on grounds discussed in the Order filed January 14, 2014 (docket no. 8).

DATED:  March 19, 2014

                                      GEORGE H. KING
                              Chief United States District Judge