**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| BRUCE ROBERT MONTAGUE, | ) | No. CV 13-9139-GHK(CW) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| SHERIFF LEE BACA, et al., | ) | |
| Defendants. | ) | |

**IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED:  March 19, 2014

_____
GEORGE H. KING
Chief United States District Judge